### The Commonwealth *against* CALLAN.

THIS was a *habeas corpus* to Lieutenant *Callan* of the cavalry, to bring up the body of *R. L. Caustin* a minor of 19 years of age; and the return was, that he held him as a soldier in the army of the *United States*, under an enlistment of the 20th of *September* 1813.

The facts were, that the minor at the time of his enlistment had neither father, master, nor guardian, but a mother; and he had enlisted without her consent.

(*a*) 1 *Smith's Laws* 65.

*Margin notes:*

1814.

ADAMS et al. *v.* THOMAS.

*Philadelphia, Thursday, March 31.*

A mother is a parent, within the act of Congress of 20th *January* 1813, for the enlistment of minors; and if the minor has neither father, master nor guardian, her consent is necessary to his enlistment.

1814.

COMMON-
WEALTH
*v.*
CALLAN.

PER CURIAM. By the act of Congress of 20th *January* 1813, no person under the age of twenty-one, shall be enlisted or held in the service of the *United States*, without the consent in writing of his parent, guardian, or master, first had and obtained. The mother is a parent within that act, and her consent is necessary. He must therefore be discharged. The same has been decided by the Chief Justice at his chambers, and by the District Judge of *Pennsylvania.*